Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Karena K. Ioannou
kioannou@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiffs*
*Moonbug Entertainment Limited and*
*Treasure Studio Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO INC., <br><br> *Plaintiffs* <br><br> v. <br><br> AMA_STORE, BBBRIDGE2019, BESTPRODUCTS4YOU, BIMBA_ONLINE, COMEBBON, FEELGOOD_STORES, GITSAMAR0, GTFSTORE, HAPPYHOME-DEPOT, LISHUGUANG001, LUCKYDAY418, MALLAWAARACHCHI.STORE, MWZUK, NGT.H11, QINGYUN1688888, ROSKUM_1328, SEOURS-ASTRO, SHANIKPRASAD0, SHANKA-1987, SINEKAGEEK-73, THARATHAP-0, THIMIRA, THUSHASTORES, URLINENS121, VICTORXING1978 and XUANHU_70, <br><br> *Defendants* | **21-cv-10317 (NRB)** <br><br> ~~[PROPOSED]~~ <br> **UNSEALING ORDER** |

1

WHEREAS the sealing in this Action is no longer warranted; it is hereby

ORDERED that the case be unsealed and that the prior filings be uploaded to the Court's Electronic Case Filing system.

SIGNED this __3rd__ day of __January__, 2022.
New York, New York

                                                HON. NAOMI REICE BUCHWALD
                                              UNITED STATES DISTRICT JUDGE